**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     In the Interest of L.L.-M.C. aka L.C., a child

Appellate case number:   01-21-00233-CV

Trial court case number:  2020-00757J

Trial court:             313th District Court of Harris County

The motion for rehearing is **denied**.


It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                        Acting for the Court


Panel consists of Justices Kelly, Hightower, and Farris.

Date:  ___December 14, 2021____